NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHADWICK PERVIS,                )
                                )
        Appellant,              )
                                )
v.                              )        Case No. 2D17-4317
                                )
STATE OF FLORIDA,               )
                                )
        Appellee.               )
_____ )

Opinion filed October 5, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William Sites, Judge.

PER CURIAM.


        Affirmed.


NORTHCUTT, MORRIS, and SALARIO, JJ., Concur.